IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.07-cv-00030-RPM

JRFCO, L.L.C., a Colorado Limited Liability Company,

        Plaintiff,

v.

AHMAD PIRAYESH, individually and d/b/a Minute Cleaners;
MICHAEL KAPATAYES a/k/a MICHEL KAPATAYES, individually and
d/b/a Rainbow Cleaners;
PETER KAPATAYES, individually and d/b/a Rainbow Cleaners;
KHRISTO KAPATAYES, individually and d/b/a Rainbow Cleaners;
KEITY KAPATAYES a/k/a KEITY ELIAS, individually and d/b/a Rainbow Cleaners;
GABY KAPATAYES, individually and d/b/a Rainbow Cleaners;
ROSA CORRAL, individually and d/b/a Rainbow Cleaners;
NIDIO RIOS, individually and d/b/a Rainbow Cleaners,

        Defendants.

_____

ORDER TO RESPOND TO MOTION FOR SUMMARY JUDGMENT BY DEFENDANT KEITY KAPATAYES
_____

On March 26, 2007, Defendant Keity Kapatayes a/k/a Keity Elias moved to dismiss the plaintiff's complaint under Fed.R.Civ.P. 12(b)(6) and, alternatively, a motion for summary judgment because the motion includes matters not alleged in the complaint. The plaintiff has failed to respond to the motion. To assure procedural clarity, it is

ORDERED that the motion is deemed to have been filed under Fed.R.Civ.P. 56 and the plaintiff will respond on or before May 25, 2007.

DATED: May 2nd, 2007

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge