**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              October 1, 2009
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 07-cv-00030-RPM

| | |
|---|---|
| JRFCO, L.L.C., a Colorado Limited Liability Company, | Dana L. Eismeier |
| | David M. Pittinos |
| Plaintiff, | |
| v. | |
| | Christian D. Hammond |
| AHMAD PIRAYESH, individually and d/b/a Minute Cleaners; | Eugene F Megyesy, Jr. |
| ROSA CORRAL, individually and d/b/a Rainbow Cleaners; and | (*Pro Se*) No appearance |
| NIDIO RIOS, individually and d/b/a Rainbow Cleaners, | (*Pro Se*) No appearance |
| Defendants, | |
| and | |
| MICHAEL KAPATAYES a/k/a MICHEL KAPATAYES, individually and d/b/a Rainbow Cleaners; | Asimakis D. Iatridis |
| PETER KAPATAYES, individually and d/b/a Rainbow Cleaners; | |
| KHRISTO KAPATAYES, individually and d/b/a Rainbow Cleaners; | |
| KEITY KAPATAYES a/k/a KEITY ELIAS, individually and d/b/a Rainbow Cleaners; | |
| GABY KAPATAYES, individually and d/b/a Rainbow Cleaners; | |
| Defendants and Third-Party Plaintiffs, | |
| v. | |
| MAHONEY ENVIRONMENTAL CONSULTING, INC., | Brett M. Wendt |
| Third-Party Defendant. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**10:00 a.m.     Court in session.**

Michael, Keity, Kristo and Gaby Kapatayes are present.

Court's preliminary remarks and its comments regarding case management.

October 1, 2009
07-cv-00030-RPM

**ORDERED:** Third-party Defendant's Motion to Dismiss Third-party Plaintiffs' Complaint, filed 11/25/08 [64], is denied.

Court states its understanding of the case.

10:09 a.m.    Mr. Eismeier informs the Court regarding the status of current events and answers questions.

**ORDERED:** Defendant Keity Elias' Motion to Dismiss Plaintiff's Complaint, filed 3/26/2007 [14], is denied.

**ORDERED:** Defendant Ahmad Pirayesh's Motion to Dismiss Plaintiff's Complaint and Kapatayes Defendants' Cross-Claims, 8/9/2007 [49], is denied.

**ORDERED:** Jfrco, LLC's Motion for Court to Disregard Kapatayes' New Arguments in Support of Ms. Elias' Motion to Dismiss Or, in the Alternative, for Leave to File Sur-reply in Opposition to Ms. Elias' Motion to Dismiss, filed 9/18/2007 [54], is moot.

**ORDERED:** Defendants that have not filed an answer shall file one in accordance with the rules.

Court instructs counsel to confer regarding the preparation of a proposed scheduling order.

10:31 a.m.    Statements by Mr. Iatridis.

**ORDERED:** Scheduling Conference scheduled 3:00 p.m. November 13, 2009 and the proposed scheduling order by 4:00 p.m., November 9, 2009, directly to chambers in paper format.

**10:38 a.m. Court in recess.**

Hearing concluded.  Total time: 38 min.