IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00030-RPM

JFRCO, L.L.C., a Colorado Limited Liability Company,

        Plaintiff,
v.

AHMAD PIRAYESH, individually and d/b/a Minute Cleaners;
ROSA CORRAL, individually and d/b/a Rainbow Cleaners; and
NIDIO RIOS, individually and d/b/a Rainbow Cleaners,

        Defendants,
and

MICHAEL KAPATAYES a/k/a MICHEL KAPATAYES, individually and
d/b/a Rainbow Cleaners;
PETER KAPATAYES, individually and d/b/a Rainbow Cleaners;
KHRISTO KAPATAYES, individually and d/b/a Rainbow Cleaners;
KEITY KAPATAYES a/k/a KEITY ELIAS, individually and d/b/a Rainbow Cleaners;
GABY KAPATAYES, individually and d/b/a Rainbow Cleaners;

        Defendants and Third-Party Plaintiffs,
v.

MAHONEY ENVIRONMENTAL CONSULTING, INC.,

        Third-Party Defendant.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to the hearing convened today, it is

ORDERED that a scheduling conference will be held on **November 13, 2009, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on November 9, 2009.**

The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.  No parties or representatives of parties will be permitted to attend.

DATED: October 1st, 2009

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge