IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00030-RPM-BNB

JFRCO, L.L.C., a Colorado Limited Liability Company,

Plaintiff,

v.

AHMAD PIRAYESH, individually and d/b/a MINUTE CLEANERS, et al.

Defendants.

and

MICHAEL KAPATAYES, a/k/a MICHAEL KAPATAYES,individually and d/b/a/ RAINBOW CLEANERS; et al.

Third-Party Plaintiffs,

v.

MAHONEY ENVIRONMENTAL CONSULTING, INC.,

Third- Party Defendant.

## ORDER

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before April 6, 2010, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a)

Dated March 23, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge.