IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00030-RPM-BNB

JFRCO, L.L.C., a Colorado Limited Liability Company,

    Plaintiff,

v.

AHMAD PIRAYESH, individually and d/b/a Minute Cleaners;
ROSA CORRAL, individually and d/b/a Rainbow Cleaners; and
NIDIO RIOS, individually and d/b/a Rainbow Cleaners,

    Defendants,
and

MICHAEL KAPATAYES a/k/a MICHEL KAPATAYES, individually and
d/b/a Rainbow Cleaners;
PETER KAPATAYES, individually and d/b/a Rainbow Cleaners;
KHRISTO KAPATAYES, individually and d/b/a Rainbow Cleaners;
KEITY KAPATAYES a/k/a KEITY ELIAS, individually and d/b/a Rainbow Cleaners;
GABY KAPATAYES, individually and d/b/a Rainbow Cleaners;

    Defendants and Third-Party Plaintiffs,
v.

MAHONEY ENVIRONMENTAL CONSULTING, INC.,

    Third-Party Defendant.
_____

ORDER VACATING ORDER TO APPEAR
_____

    Upon consideration of the documents filed under seal, accompanying the motion to file documents under seal, filed May 6, 2013, by Asimakis D. Iatridis, it is

    ORDERED that the Order to Appear entered on April 18, 2013, and the hearing set for May 22, 2013, are vacated.

    DATED: May 9th, 2013

                           BY THE COURT:

                           s/Richard P. Matsch
                         _____
                         Richard P. Matsch, Senior Judge